DOUGLAS T. BURNS, ESQ.
675 OLD COUNTRY ROAD
WESTBURY, NY 11590
(516) 997-3200
(516) 997-3278 FAX

DOUGLAS T. BURNS
EMAIL: dtb@dtbesq.com

OF COUNSEL
PRYOR AND MANDELUP, LLP

OF COUNSEL
THE BARBARA LAW FIRM

March 25, 2008

By ECF
The Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Federal Plaza
Central Islip, New York 11722-4449

      Re:    United States v. Steven H. Charno
               Criminal Docket No.: 03-CR-865 (ADS)

Dear Judge Lindsay:

    I represent the above-referenced defendant Steven Charno. Back on October 8, 2003, he appeared before your Honor and entered a guilty plea to an information charging him with health care fraud, and he is awaiting appearance before Judge Spatt for acceptance of that plea and sentencing.

    In the interim, he has rendered a great deal of cooperation to the government, and continues to do so. Regrettably, a lawyer in an unrelated civil case against Dr. Charno, recently obtained the docket sheet in this matter, which we believed to have been sealed. Obviously, this is of concern to all parties.

    I have discussed the matter with AUSA Geoffrey Kaiser, and I am requesting that the Court enter an order sealing the docket sheet, and directing the clerk of the court to do so. The government consents in this request.

    Last, I request that this letter be placed under seal, as well.

    Thanking the Court for its courtesies in this regard,

                              Respectfully Submitted,

                              Douglas T. Burns

DTB.dmp