

U.S. Department of Justice

*United States Attorney's Office
Eastern District of New York*

RF:MEC:mec
F2002R02932
LT.CHARNO.5.15.08.wpd

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 15, 2008

FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ MAY 19 2008 ★
LONG ISLAND OFFICE

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722

Re: United States v. Steven Charno
Criminal Docket No. 03-865(ADS)

Dear Magistrate Judge Lindsay:

The Government respectfully submits the accompanying Unsealing Order so that the transcript of the guilty plea held before the Court on October 8, 2003 can be disclosed in United States v. Peter Gleason and Alfred Caronia (06 Cr. 229(ENV)). The Court heard the guilty plea pursuant to a referral Order from the Honorable Arthur D. Spatt to whom United States v. Steven Charno has been assigned. The Court sealed the transcript of this proceeding on October 9, 2003 at the request of defense counsel, Douglas T. Burns, Esq. At the time of the guilty plea, the prosecutor was Assistant U.S. Attorney Geoffrey Kaiser, who has left the Office. Both United States v. Steven Charno and United States v. Peter Gleason and Alfred Caronia have been re-assigned to the undersigned.

Mr. Charno will be a Government trial witness in United States v. Peter Gleason and Alfred Caronia, which is scheduled for September 15, 2008. Through pre-trial disclosure, defense counsel in this prosecution are aware that Charno is a prospective Government witness. Pursuant to Title 18, United States Code, Sections 3500 et seq., the Government will be required to disclose the transcript of Charno's guilty plea. Therefore, the Government requests that the Court unseal the October 8, 2003 transcript for the limited purpose of its disclosure and use in United States v. Peter Gleason and Alfred Caronia.

I have spoken with Charno's attorney, Douglas T. Burns, and he consents to the Government's application for an Order unsealing the October 8, 2003 transcript of Charno's guilty plea.

Respectfully yours,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

BY: _____
Martin E. Coffey
Assistant U.S. Attorney
(718) 254-6157

cc. Douglas T. Burns, Esq.
    Attorney for Charno