UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------X

UNITED STATES OF AMERICA

   - against -

STEVEN CHARNO,

        Defendant.

---------------X

ORDER

CR 03-0865 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 06 2010 ★
LONG ISLAND OFFICE

WHEREAS, on May 7, 2004, the Court entered a Preliminary Order of Forfeiture in which the defendant, STEVEN CHARNO, was ordered to pay a forfeiture money judgment in the amount of eight hundred and twenty one thousand five hundred and fifty dollars and no cents ($821,550.00) (the "Forfeiture Money Judgment");

WHEREAS, on September 18, 2004, the Court entered a Final Order of Forfeiture (i) forfeiting all of the defendant's right, title and interest in the Forfeiture Money Judgment, (ii) ordering that the United States shall have clear title to all payments made towards the Forfeiture Money Judgment, and (iii) directing the United States Marshals Service to dispose of any payments made toward the Forfeiture Money Judgment in accordance with applicable law;

WHEREAS, to date, the defendant has satisfied the Forfeiture Money Judgment; and

WHEREAS, on or about June 25, 2010, the U.S. Department of Justice, Asset Forfeiture and Money Laundering Section, approved the request to restore the funds forfeited in this matter to all victims identified on Schedule A, attached hereto, in the amounts indicated.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The United States Marshals Service shall restore the funds paid towards the Forfeiture Money Judgment, less any government costs incurred, to all victims identified on Schedule A of this order.

2. The United States Marshals Service is directed to dispose of any remaining funds, after all payments are made to victims, in accordance with the Final Order of Forfeiture.

3. The Clerk of the Court shall forward three (3) certified copies of this Order to the United States Attorney's Office for the Eastern District of New York, Attention: FSA Asset Forfeiture Paralegal Brian Gappa, at 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
~~June~~ 7/6, 2010

_____
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

-2-